**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 503 EAL 2021
:
Respondent    :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.    :
:
:
JARON MONT,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.